IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GERTRUDE KETRE

Plaintiff,

v.   CASE NO. 3:07CV536-MEF

AUBURN AQUATICS, INC.

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Gertrude Ketre, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

**Reportable Entity**          **Relationship to Party**
none

6/15/2007
Date

(Signature)

Robert J. Solomon (SOL004)
(Counsel's Name)

Gertrude Ketre
Counsel for (print names of all parties)

3675 Crestwood Parkway, Ste. 500
Duluth, Georgia 30096
Address, City, State Zip Code

(770) 564-1600
Telephone Number