**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **GERTRUDE KETRE,** | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:07CV536-MEF** |
| | ) | |
| | ) | |
| **AUBURN AQUATICS, INC., ET AL** | ) | |
| | ) | |
| **Defendants**. | ) | |

**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Auburn Aquatics Swim Program (incorrectly identified in the Complaint as Auburn Aquatics, Inc.), pursuant to Rule 7.1, files the following corporate disclosure statement:

1.    Auburn Aquatics Swim Program was formerly known as Greater Auburn Swim Program, which was previously known as War Eagle Swim Team.  Auburn Aquatics Swim Program has no other reportable relationships.

/s/ Clark R. Hammond
Clark R. Hammond (ASB-1550-D44C)
W. Lee Elebash (ASB-8933-L49E)
Attorneys for Defendant Auburn Aquatics

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama  35209
Telephone:  (205) 458-9400
Facsimile:   (205) 458-9500

**OF COUNSEL**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the foregoing by electronic filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record, on this the 14th day of September, 2007:

Robert J. Solomon
Kenney, Solomon & Medina, P.C.
Duluth, Georgia 30096
(770) 564-1600


/s/ W. Lee Elebash
Of Counsel

W0614316.DOC