IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GERTRUDE KETRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:07-cv-536-MEF |
| | ) | |
| AUBURN AQUATICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On September 28, 2007, the parties submitted a report of parties planning meeting pursuant to Federal Rule of Civil Procedure 26(f). In so doing, the parties proposed a schedule based improperly upon a Northern Division trial term. This case is an Eastern Division, and as such, it must be tried in an Eastern Division trial term. The parties shall submit by no later than **October 5, 2007**, an amended report of parties planning meeting pursuant to Federal Rule of Civil Procedure 26(f) which report shall propose a schedule for this case based upon an Eastern Division trial term. Failure to timely submit an amended report may result in the case being set for trial in the term that the Court deems most appropriate.

DONE this 2nd day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE