IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GERTRUDE KETRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 3:07CV536-MEF |
| ) | |
| ) | |
| AUBURN AQUATICS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO CORRECT MISNOMER

COMES NOW, the Plaintiff, Gertrude Ketre, and files this her Motion to Correct Misnomer and shows the Court as follows:

1. The Defendant, currently denominated as "Auburn Aquatics, Inc.", has disclosed through discovery responses that it is currently known as "Auburn Aquatics Swim Program". (Defendant's response to Interrogatory No. 3 and 4)

2. The Defendant "Auburn Aquatics Swim Program" was formerly known as "Greater Auburn Swim Program f/k/a War Eagle Swim Team".

3. The Defendant denominated as "Auburn Aquatics, Inc. did not raise any defense in their initial Answer alleging that they were not the real party in interest with respect to the Plaintiff's claims.

4. Pursuant to Federal Rule of Civil Procedure Rule 17(a), the correction of the misnomer of the Defendant as "Auburn Aquatics Swim Program" shall have the same effect as if the action had been commenced in the name of this real party in interest.

RESPECTFULLY SUBMITTED this 28th day of December, 2007.

/s/robert j. solomon
ROBERT J. SOLOMON (ASB-9516-M51R)
Attorneys for Plaintiff

**Of Counsel:**

KENNEY, SOLOMON & MEDINA, P.C.
3675 Crestwood Parkway, Suite 500
Duluth, Georgia 30096
(770) 564-1600

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties through Counsel with a copy of the within and foregoing Plaintiff's Motion to Correct Misnomer and Substitute The Real Party in Interest by electronic mail and/or by placing a copy in the United States Mail, First Class, with adequate postage thereon to ensure delivery addressed as follows:

Clark R. Hammond, Esq.
W. Lee Elebash, Esq.
Johnston, Barton, Proctor & Rose, LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209

This 28th day of December, 2007.

/s/robert j. solomon
ROBERT J. SOLOMON (ASB-9516-M51R)
Attorney for Plaintiff

**Of Counsel**

KENNEY, SOLOMON & MEDINA, P.C.
3675 Crestwood Parkway, Suite 500
Duluth, GA 30096
770-564-1600