IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GERTRUDE KETRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 3:07CV536-MEF |
| ) | |
| ) | |
| AUBURN AQUATICS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT
AND/OR ADD/NAME PARTY DEFENDANT PREVIOUSLY
IDENTIFIED AS A "FICTITIOUS" PARTY**

COMES NOW, GERTRUDE KETRE, the Plaintiff herein, and hereby files her Motion to add HOMER KELLY as a party-Defendant and respectfully shows the Court as follows:

1. The Plaintiff filed her Complaint for personal injuries on June 18, 2007.

2. A Scheduling Order was entered by the Court on October 16, 2007 which provides that Motions to Amend the Pleadings and to Add Parties shall be filed on or before December 28, 2007.

3. Through discovery propounded by the Plaintiff, it appears that HOMER KELLY, a custodian employed by Auburn University, had the ministerial responsibility for cleaning the seating area and pool decks wherein the Plaintiff suffered her injuries and was so employed on the date of Plaintiff's injuries.

4. The Plaintiff included "fictious" Defendants in its original Complaint whose job duties and responsibilities were similar to HOMER KELLY. However, the Plaintiff had no way to add HOMER KELLY before discovery.

5. The Defendant HOMER KELLY nor other Defendants will be prejudiced by naming him as a Defendant.

RESPECTFULLY SUBMITTED this 28th day of December, 2007.

/s/robert j. solomon
ROBERT J. SOLOMON (SOL004)
Attorney for Plaintiff

**Of Counsel:**

KENNEY, SOLOMON & MEDINA, P.C.
3675 Crestwood Parkway, Suite 500
Duluth, Georgia 30096
(770) 564-1600

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties through Counsel with a copy of the within and foregoing *Plaintiff's Motion to Amend Complaint and/or add/name Party Defendant Previously Identified as a "Fictitious" Party* by electronic mail and/or by placing a copy in the United States Mail, First Class, with adequate postage thereon to ensure delivery addressed as follows:

Clark R. Hammond, Esq.
W. Lee Elebash, Esq.
Johnston, Barton, Proctor & Rose, LLP
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209

This 28th day of December, 2007.


/s/robert j. solomon
ROBERT J. SOLOMON (ASB-9516-M51R)
Attorney for Plaintiff

**Of Counsel**

KENNEY, SOLOMON & MEDINA, P.C.
3675 Crestwood Parkway, Suite 500
Duluth, GA 30096
770-564-1600