IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GERTRUDE KETRE,                         )
                                        )
                Plaintiff,              )
                                        )
v.                                      )        CASE NO. 3:07-cv-536-MEF
                                        )
AUBURN AQUATICS, INC., et al.,          )
                                        )
                Defendants.             )

# **ORDER**

This cause is before the Court on two motions for leave to amend the Complaint filed in this case: Motion to Correct Misnomer (Doc. # 14) and Plaintiff's Motion to Amend Complaint and/or Add/Name Party Defendant Previously Identified as a "Fictitious" Party (Doc. # 15). The Court notes that the second of these motions will be construed as a motion for leave to amend the Complaint to add a party. Fictitious party practice is not allowed in federal court. The fact that Plaintiff purported to identify fictitious defendants has no legal effect in federal court. However, the Court finds that these motions for leave to amend are timely and show appropriate grounds for allowing an amendment pursuant to Federal Rule of Civil Procedure 15. Accordingly, it is hereby ORDERED as follows:

1. The Amended Complaint (Doc. # 16) IS STRICKEN for failure to comply with the local rules of this Court.

2. Any reference in the Complaint (Doc. # 1) to fictitious parties is STRICKEN.

3. The Motion to Correct Misnomer (Doc. # 14) and Plaintiff's Motion to Amend

Complaint and/or Add/Name Party Defendant Previously Identified as a "Fictitious" Party

(Doc. # 15) are GRANTED.

4.  By no later than **January 4, 2008**, Plaintiff shall file an Amended Complaint that

makes the modifications sought by the pending motions, deletes all references to "fictitious"

parties, and complies with Rule 15.1 of the Local Rules for the United States District Court

for the Middle District of Alabama for Civil and Criminal Cases, which provides in pertinent

part that "Any amendment to a pleading, whether filed as a matter of course or upon a motion

to amend, must, except by leave of court, reproduce the entire pleading as amended, and may

not incorporate any prior pleading by reference."

DONE this the 28th day of December, 2007.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE