IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GERTRUDE KETRE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action File |
| | | No.3:07CV536-MEF |
| | * | |
| AUBURN AQUATICS SWIM PROGRAM; | * | **JURY TRIAL DEMANDED** |
| HOMER KELLY, et al. | * | |
| | * | |
| Defendants. | * | |

<u>NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR PLAINTIFF</u>

COMES NOW, ROBERT J. SOLOMON of the Firm of KENNEY, SOLOMON

& MEDINA, P.C., counsel of record for the Plaintiff, and shows that its mailing address

has changed to the following address:

KENNEY, SOLOMON & MEDINA, P.C.
3675 Crestwood Parkway, **Suite 300**
Duluth, Georgia 30096

Counsel for Plaintiff shows that only the suite number of the address has changed

and all remaining address, telephone and electronic mail information remains unchanged.

RESPECTFULLY SUBMITTED the 4th day of January, 2008.

/s/robert j. solomon_____
ROBERT J. SOLOMON (ASB-9516-M51R)
Attorney for Plaintiff

**Of Counsel:**

KENNEY, SOLOMON & MEDINA, P.C.
3675 Crestwood Parkway, Suite 300
Duluth, Georgia 30096
(770) 564-1600

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties through Counsel with a copy of the within and foregoing *Notice of Change of Address of Counsel for Plaintiff* by electronic mail and/or by placing a copy in the United States Mail, First Class, with adequate postage thereon to ensure delivery addressed as follows:

Clark R. Hammond, Esq.
W. Lee Elebash, Esq.
Johnston, Barton, Proctor & Rose, LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama  35209

This 4th day of January, 2008.

/s/robert j. solomon
ROBERT J. SOLOMON (ASB-9516-M51R)
Attorney for Plaintiff

**Of Counsel**

KENNEY, SOLOMON & MEDINA, P.C.
3675 Crestwood Parkway, Suite 300
Duluth, GA  30096
770-564-1600