IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GERTRUDE KETRE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUBURN AQUATICS SWIM PROGRAM; ) <br> HOMER KELLY, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 3:07-cv-536-MEF |

### DISCLOSURE STATEMENT

Defendant Homer Kelly, pursuant to Rule 7.1, files the following disclosure statement:

1.  Homer Kelly is an individual. He has no reportable relationships.

Respectfully submitted this the 12th day of February, 2008.

/s/ John G. Smith
David R. Boyd
Bar Number: ASB-0717-D52D
John G. Smith
Bar Number: ASB-8146-T68J
Attorneys for Defendant, Homer Kelly
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 783-2739
E-mail: dboyd@balch.com
E-mail: jgsmith@balch.com

189684.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 12th day of February, 2008.

Robert J. Solomon, Esq.
KENNEY, SOLOMON & MEDNA, P.C.
3675 Crestwood Parkway, Suite 300
Duluth, Georgia 30096

*Attorney for Plaintiff*

Clark R. Hammond, Esq.
W. Lee Elebash, Esq.
JOHNSTON, BARTON, PROCTOR & ROSE, LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209

*Attorneys for Defendant Auburn Aquatics Swim Program*

Respectfully submitted,

/s/ John G. Smith
David R. Boyd
Bar Number: ASB-0717-D52D
John G. Smith
Bar Number: ASB-8146-T68J
Attorney for Defendant, Homer Kelly
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 783-2739
E-mail: dboyd@balch.com
E-mail: jgsmith@balch.com