IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GERTRUDE KETRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:07CV536-MEF |
| ) | |
| AUBURN AQUATICS, INC. and ) | |
| HOMER KELLY, ) | |
| ) | |
| Defendants. ) | |

**RESPONSE AND LIMITED OBJECTION TO DEFENDANT HOMER KELLY'S MOTION FOR RELIEF FROM SCHEDULING ORDER**

COMES NOW, GERTRUDE KETRE (hereinafter referred to as "Plaintiff"), and hereby responds to the Motion for Relief from Scheduling Order (Document 24) filed by Defendant HOMER KELLY (hereinafter referred to as "Defendant Kelly") as follows:

1. The Plaintiff has no objection to the "Alternative Relief" sought by Defendant Kelly in his Motion for Relief From Scheduling Order so far as it relates to the deadlines related to (a) the pleading amendment deadline, (b) the discovery deadline and (3) the dispositive motion deadline and does not oppose the extension of those deadlines as to Defendant Kelly;.

2. The Plaintiff is an eighty-three (83) year old woman who suffered a permanent and traumatic injury as alleged in her Complaint. (Document 1). The Plaintiff opposes any

continuation of the trial date, which is currently set for the August 11, 2008 trial term in Opelika.[1]

WHEREFORE, the Plaintiff respectfully shows the Court that it does not oppose the alternative relief sought in Defendant Kelly's Motion for Relief from Scheduling Order to the extent that Defendant Kelly seeks an extension of the pleading amendment deadline, the discovery deadline and the dispositive motion deadline but Plaintiff opposes any request to postpone or continue this case from the August 11, 2008 trial term.

RESPECTFULLY SUBMITTED this 19th day of February, 2008.


/s/ robert j. solomon
ROBERT J. SOLOMON (ASB-9516-M51R)


For the Firm of
KENNEY, SOLOMON & MEDINA, P.C.
3675 Crestwood Parkway, Suite 300
Duluth, Georgia 30096
(770) 564-1600 (telephone)
(770) 717-0595 (facsimile)
E-mail: rsolomon@kenneyandsolomon.com

---

[1] Although the Court's Civil Trial terms have not been published for 2009, it appears that historically the Court's first civil trial term is not set until April. As an alternative, Plaintiff would suggest that a referral of this case to a Magistrate Judge might allow the parties more time before trial since the Magistrate Civil Term in Opelika commences on August 25, 2008. Such a referral would allow Defendant Kelly the additional time he seeks for discovery without the necessity of the 83 year old Plaintiff having to postpone the trial until 2009.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties through Counsel with a copy of the within and foregoing "**Response and Limited Objection to Motion for Relief from Scheduling Order**" by placing electronic filing and by placing a copy in the United States Mail, First Class, with adequate postage thereon to ensure delivery addressed as follows:

David R. Boyd
John G. Smith
Balch & Bingham, LLP
Post Office Box 78
Montgomery, Alabama 36101-0078

Clark R. Hammond
W. Lee Elebash
Johnston, Barton, Proctor & Rose, LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209

This 19th day of February, 2008.

/s/ robert j. solomon
ROBERT J. SOLOMON (ASB-9516-M51R)
Attorney for Plaintiff

For the Firm of
KENNEY, SOLOMON & MEDINA, P.C.
3675 Crestwood Parkway, Suite 300
Duluth, Georgia 30096
(770) 564-1600 (telephone)
(770) 717-0595 (facsimile)
E-mail: rsolomon@kenneyandsolomon.com