**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GERTRUDE KETRE, | ) | |
| | ) | |
|     **Plaintiff**, | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:07CV536-MEF** |
| | ) | |
| | ) | |
| AUBURN AQUATICS SWIM | ) | |
| PROGAM and HOMER KELLY, | ) | |
| | ) | |
|     **Defendants**. | ) | |

**AUBURN AQUATICS SWIM PROGRAM'S JOINDER IN MOTION FOR**
**RELIEF FROM SCHEDULING ORDER**

Defendant Auburn Aquatics Swim Program ("Auburn Aquatics") joins in the motion filed by Defendant Homer Kelly ("Kelly") requesting relief from the Uniform Scheduling Order entered in this case on October 16, 2007. In further support of that motion Auburn Aquatics states as follows:

1.     Counsel for Auburn Aquatics has been working for several weeks to schedule certain key depositions in this case in advance of the April 2, 2008 dispositive motion deadline. Despite the best efforts of the undersigned, as of today's date, no agreement has been reached with plaintiff's counsel regarding the scheduling of any depositions in this case.

2.     Homer Kelly, who was only recently added as a defendant in this litigation, filed an answer to the amended complaint on February 12, 2008. In a February 13, 2008 letter, a copy of which is attached as Exhibit A, the undersigned counsel informed counsel for Kelly that it was necessary "to move forward with depositions in

this case as soon as possible" so that the parties were in a position to meet the summary judgment deadline. In a February 14, 2008 response, a copy of which is attached as Exhibit B, counsel for Kelly indicated he needed additional time to prepare for depositions and that he and his client would not be available to conduct depositions in late February or early March.

3.    Counsel for Kelly now proposes moving the trial of this matter from August to December of 2008 or after and adjusting the Scheduling Order deadlines accordingly. In the alternative, counsel for Kelly requests the following: (1) that Kelly is allowed until April 1, 2008 to amend his pleadings; (2) the dispositive motion deadline for all parties be moved from April 2, 2008 to June 1, 2008; and (3) the discovery deadline for all parties be moved from June 17, 2008 to August 1, 2008.

4.    Auburn Aquatics supports Kelly's proposal to move the trial of this matter until at least December of 2008 and adjusting the deadlines contained in the Uniform Scheduling Order accordingly. Resetting the deadlines contained in the Uniform Scheduling Order will allow counsel for Kelly sufficient time to conduct paper discovery and prepare for depositions. Moreover, resetting the deadlines will permit all parties sufficient time to complete certain key depositions in advance of the dispositive motion deadline. Auburn Aquatics also has no objection to the alternative relief requested by Kelly's motion.

WHEREFORE, Auburn Aquatics respectfully requests that the Court reset the trial of this matter from August to December of 2008 or after, and adjust the Scheduling Order deadlines accordingly or, in the alternative, amend its Scheduling Order as requested by Defendant Kelly.

3

/s/ W. Lee Elebash
Clark R. Hammond (ASB-1550-D44C)
W. Lee Elebash (ASB-8933-L49E)

Attorneys for Defendant Auburn Aquatics
Swim Program

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama  35209
Telephone:  (205) 458-9400
Facsimile:   (205) 458-9500

**OF COUNSEL**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the foregoing by electronic filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record, on this the <u>20th</u> day of February, 2008:


Robert J. Solomon
Kenney, Solomon & Medina, P.C.
3675 Crestwood Parkway, Suite 300
Duluth, Georgia 30096

David R. Boyd
John G. Smith
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36104-3515


/s/ W. Lee Elebash
Of Counsel


W0633555.DOC

4

# EXHIBIT A

# JohnstonBarton
### ATTORNEYS

W. Lee Elebash
Direct Dial: (205) 458-9483
Email: wle@johnstonbarton.com

February 13, 2008

**VIA FACSIMILE**
Mr. John G. Smith
Balch & Bingham, LLP
P.O. Box 78
Montgomery, AL36101-0078

      Re:    *Gertrude Ketre v. Auburn Aquatics Inc., et al.*
             **(Civil Action No. 3:07CV536-MEF in the United States District Court for the
             Middle District of Alabama)**

Dear John:

      We need to move forward with depositions in this case as soon as possible so that we are in a position to meet the April 3, 2008 summary judgment deadline. Counsel for the plaintiff has already indicated that they would like to depose Jeff Dellinger, as well as a 30(b)(6) representative of Auburn Aquatics Swim Program. My assumption is that the plaintiff will also seek to depose Mr. Kelly. We intend to depose the plaintiff, and her daughter and son-in-law, Heidi and Rick Creed.

      We are already in discussions with plaintiff's counsel about finding some mutually convenient dates during the last week of February or first week of March. Please let me know your availability during those weeks as soon as possible so that we can reserve those dates on our calendar.

                                 Sincerely,

                                 W. Lee Elebash

WLE/bsm
cc:     Robert J. Solomon (via facsimile)

# EXHIBIT B



**BALCH & BINGHAM** LLP

Alabama • Georgia • Mississippi • Washington, DC

John G. Smith
(334) 269-3150

Attorneys and Counselors
105 Tallapoosa Street, Suite 200
P.O. Box 78 (36101-0078)
Montgomery, Alabama 36104-3515
(334) 834-6500
(334) 269-3115 Fax
www.balch.com

(866) 316-9461 (direct fax)
jgsmith@balch.com

February 14, 2008

BY FACSIMILE (205)458-9500

W. Lee Elebash, Esq.
Johnston, Barton, Proctor, & Rose LLP
colonial Brook wood Center
569 Brookwood Village Suite 901
Birmingham, Alabama 35209

> Re:     *Gertrude Ketre v. Auburn Aquatics, Inc., et al.*
> In the United States District Court for the Middle District of Alabama
> Civil Action No. 3:07-cv-536-MEF

Dear Lee:

I am in receipt of your letter of February 13, 2008. While I appreciate the motion for summary judgment deadline, I am not able to participate in depositions as you suggest. First, I have calendar conflicts during the times you discuss. Second, and more importantly, I will be unable to "get up to speed" on this case in so short a time so as to effectively represent my client, Homer Kelly. My client has only recently been added as a party and filed his answer just a few days ago. Neither he nor I were privy to the Rule 26 conference held in September of last year and we had absolutely no input into the scheduling of this matter. We have not seen the initial disclosures of the other parties to this lawsuit. Likewise, we have not seen any discovery that might have occurred between the other parties to date and have no discovery from the plaintiff. Even if I served interrogatories and requests for production today, no response would be due until mid-March. Given this, there is no way that I can prepare, in a meaningful way, to participate in-depositions in the upcoming 2 or so weeks. While it is not my intention to be difficult, I am sure you can understand my position, given the circumstances.

I intend to file a motion for relief from scheduling order before the week is out. I will request that the trial of this matter be reset, or, alternatively, that the discovery and motion for summary judgment deadlines be adjusted given my client's late addition as a party to this lawsuit.

189778.1

BALCH & BINGHAM LLP

W. Lee Elebash, Esq.
February 14, 2008
Page 2


Please do not hesitate to contact me with any concerns.

Sincerely,

John G. Smith

JGS:bl
cc:    Robert J. Solomon, Esq. (by facsimile – 770-717-0595)

189778.1