IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GERTRUDE KETRE, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO. 3:07-cv-536-MEF |
| | ) |
| AUBURN AQUATICS SWIM | ) |
| PROGRAM., *et al.*, | ) |
| | ) |
|     DEFENDANTS. | ) |

## **ORDER**

On December 28, 2007, the Court granted the plaintiff's Motion to Correct Misnomer (Doc. # 14). Accordingly the original defendant to this action Auburn Aquatics, Inc. should now be identified in this suit as Auburn Aquatics Swim Program. It is ORDERED that the Clerk of the Court change the name of this defendant in this action from Auburn Aquatics, Inc. to Auburn Aquatics Swim Program. This change is to be made in the caption or style of the case, in the Court's computer system, and in the Court's file for this matter. The parties to this matter are directed to file all further pleadings in this matter with the new caption listing this defendant as Auburn Aquatics Swim Program.

DONE this the 20th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE