IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GERTRUDE KETRE, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO. 3:07-cv-536-MEF |
| | ) |
| AUBURN AQUATICS SWIM | ) |
| PROGRAM., *et al.*, | ) |
| | ) |
|     DEFENDANTS. | ) |

## **ORDER**

This cause is before the Court on the Motion for Relief From Scheduling Order (Doc. # 24) filed on February 15, 2008 by counsel for Defendant Homer Kelly ("Kelly"). When Plaintiff filed suit, she did not identify Kelly as a Defendant. Instead, she added him as a defendant by a motion filed at the end of December of 2007. In fact, summons did not issue for Kelly until January 8, 2008. On February 12, 2008, Kelly appeared through counsel and filed his answer to the Amended Complaint. Three days later, Kelly filed a motion seeking either a continuance of all of the deadlines in the Uniform Scheduling Order including the trial setting, or a continuance of his deadline for amending pleadings, of the deadline for discovery, and the deadline for dispositive motions. Plaintiff opposes a continuance of the trial, but does not oppose the alternative relief of adjusting the three specific deadlines. Kelly's co-defendant joins in Kelly's motion because it has had problems scheduling discovery depositions and because Kelly's counsel wants time to familiarize himself with the case before participating in discovery.

It is not unreasonable for Kelly to seek extensions of the deadlines in this case. By amending the Complaint to add parties, Plaintiff assumed the risk of delaying her case. Indeed, while the Court can accommodate a request to continue all the deadlines, it cannot possibly extend the deadline for dispositive motions by two months, as proposed, without moving the trial setting. There simply would not be sufficient time for the Court to receive all submissions on the motions and decide them prior to trial if the dispositive motion deadline was extended as suggested.

For these reasons, it is hereby ORDERED as follows:

1. To the extent that the Motion for Relief from Scheduling Order (Doc. # 24) seeks a new trial setting and a new Uniform Scheduling Order it is GRANTED. In all other respects, it is DENIED.

2. An Amended Uniform Scheduling Order will be entered.

3. The parties are hereby advised that having granted this relief, the Court will be reluctant to grant further continuances of deadlines in this matter absent exceptional circumstances.

DONE this the 20th day of February, 2008.

    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE