IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GERTRUDE KETRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:07CV536-MEF |
| ) | |
| AUBURN AQUATICS SWIM ) | |
| PROGRAM and HOMER KELLY, ) | |
| ) | |
| Defendants. | |

## MOTION FOR ADMISSION PRO HAC VICE

Petitioner, LISA H. BAGGETT, hereby requests permission, pursuant to Middle District Local Rule 83.1(b) to appear pro hac vice on behalf of Gertrude Ketre in the above-referenced case and states under penalty of perjury that she is a member in good standing before the state and federal bars of the State of Georgia where Petitioner maintains her law office. Petitioner further states that she has been admitted to the State Bar of Georgia in the United States District Court for the Middle, Northern and Southern Districts of Georgia. Petitioner herewith tenders the $50.00 filing fee along with this Motion.

WHEREFORE, Petitioner respectfully requests that this Court enter the Order of Admission Pro Hac Vice which is being submitted to the Court herewith.

RESPECTFULLY REQUESTED this 27th day of May, 2008.

*[signature]*
LISA H. BAGGETT
Georgia State Bar No. 304202

For the Firm of
KENNEY, SOLOMON & MEDINA, P.C.
3675 Crestwood Parkway, Suite 300
Duluth, Georgia 30096
(770) 564-1600
lbaggett@kenneyandsolomon.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties through Counsel with a copy of the within and foregoing "**Motion For Admission Pro Hac Vice**" by electronic mail and/or by placing a copy in the United States Mail, First Class, with adequate postage thereon to ensure delivery addressed as follows:

David R. Boyd
John G. Smith
Balch & Bingham, LLP
Post Office Box 78
Montgomery, Alabama 36101-0078


Clark R. Hammond
W. Lee Elebash
Johnston, Barton, Proctor & Rose, LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209

This 27th day of May, 2008.

LISA H. BAGGETT
Georgia State Bar No. 304202

For the Firm of
KENNEY, SOLOMON & MEDINA, P.C.
3675 Crestwood Parkway, Suite 300
Duluth, Georgia 30096
(770) 564-1600
lbaggett@kenneyandsolomon.com



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**            }
                                        } ss.
**NORTHERN DISTRICT OF GEORGIA**        }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **LISA HOWELL BAGGETT, 304202,** was duly admitted to practice in said Court on March 3, 1997 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 27th day of May, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GERTRUDE KETRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:07CV536-MEF |
| ) | |
| AUBURN AQUATICS SWIM ) | |
| PROGRAM and HOMER KELLY, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF ADMISSION PRO HAC VICE

IT APPEARING to the Court that LISA H. BAGGETT, attorney at law, states under penalty of perjury that she meets the requirements for admission pro hac vice as set forth in M.D. Ala. Local Rule 83.1(b) and is in good standing and eligible to practice in all courts to which she is admitted.

IT IS THEREFORE ORDERED by this Court that the motion of LISA H. BAGGETT to appear pro hac vice on behalf of GERTRUDE KETRE in the United States District Court, Middle District of Alabama, Eastern Division, in the above-referenced case be granted.

Done this _____ day of _____, 2008.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Prepared and Presented by:

*[signature]*

LISA H. BAGGETT
Georgia State Bar No. 304202
For the Firm of
KENNEY, SOLOMON & MEDINA, P.C.
3675 Crestwood Parkway, Suite 300
Duluth, Georgia 30096
(770) 564-1600

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005263
Cashier ID: brobinso
Transaction Date: 05/28/2008
Payer Name: KENNEY SOLOMON AND MEDINA PC
------------------------------------
PRO HAC VICE
 For: LISA H BAGGETT
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
PRO HAC VICE
 For: THOMAS S KENNEY
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
------------------------------------
CHECK
 Check/Money Order Num: 44900
 Amt Tendered: $50.00
CHECK
 Check/Money Order Num: 44901
 Amt Tendered: $50.00
------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00
```

3:07 cv 536