IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GERTRUDE KETRE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-536-MEF |
| | ) |
| AUBURN AQUATICS SWIM | ) |
| PROGRAM., *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **O R D E R**

Upon consideration of the Motions to Appear *Pro Hac Vice* (Doc. #30 & #31) filed on May 28, 2008, it is hereby

ORDERED that the motions are GRANTED.

DONE this the 29th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE