IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GERTRUDE KETRE,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　Plaintiff,　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>AUBURN AQUATICS SWIM PROGRAM;　)<br>HOMER KELLY, et al.,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　Defendants.　　　　　　　　　　)  | CIVIL ACTION NO.<br>3:07-cv-536-MEF |

## MOTION TO ENTER QUALIFIED HIPAA PROTECTIVE ORDER

Defendant Homer Kelly ("Defendant Kelly") respectfully moves this Court to enter the attached Order authorizing the disclosure and production of health information relating to Plaintiff Gertrude Ketre pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). In support of this motion, Defendant Homer Kelly states as follows:

　　1.　　Plaintiff Gertrude Ketre had asserted various personal injury damage claims. Therefore, her medical condition and treatment are at issue in this case.

　　2.　　Federal privacy regulations issued pursuant to HIPPA impose restrictions on the disclosure of certain health information.

　　3.　　The attached Order is a standard Qualified HIPAA Protective Order currently used where this type of health information is requested. The Order provides authorization for the disclosure of the following documentation relating to Plaintiff Gertrude Ketre:

> A certified copy of any and all records or documents which refer to, relate to or mention Gertrude Ketre including, but not limited to, any and all medical records or reports, "Confidential" Medical Records or documents, doctor's notes, physician's orders, nurses' notes, prognosis and diagnosis, pharmacy records, TPA records or reports, prescription records, lab notes, office notes, emergency room records,

192669.1

inpatient records, out patient records, history and physical examinations records, consultation reports, correspondence, admission summaries, radiology reports, physical therapy reports, electronic mail, a complete copy of the patient's chart or record, all bills or invoices for services rendered, notes, or any other documents or records of whatever type and kind concerning the treatment, diagnosis and/or prognosis of the Gertrude Ketre.

WHEREFORE, Plaintiff Kelly respectfully requests that this Court enter the attached Qualified HIPAA Protective Order for use in this case.

Respectfully submitted this the 5th day of June, 2008.

/s/ John G. Smith
David R. Boyd
Bar Number: ASB-0717-D52D
John G. Smith
Bar Number: ASB-8146-T68J
Attorneys for Defendant, Homer Kelly
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 783-2739
E-mail: dboyd@balch.com
E-mail: jgsmith@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 5th day of June, 2008.

| | |
|---|---|
| Robert J. Solomon, Esq.<br>Thomas S. Kenney, Esq.<br>Lisa H. Baggett, Esq.<br>KENNEY, SOLOMON & MEDINA, P.C.<br>3675 Crestwood Parkway, Suite 300<br>Duluth, Georgia 30096<br><br>*Attorneys for Plaintiff* | Clark R. Hammond, Esq.<br>W. Lee Elebash, Esq.<br>JOHNSTON, BARTON, PROCTOR & ROSE, LLP<br>Colonial Brookwood Center<br>569 Brookwood Village, Suite 901<br>Birmingham, Alabama 35209<br><br>*Attorneys for Defendant Auburn Aquatics Swim Program* |

Respectfully submitted,

/s/ John G. Smith
David R. Boyd
Bar Number: ASB-0717-D52D
John G. Smith
Bar Number: ASB-8146-T68J
Attorneys for Defendant, Homer Kelly
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 783-2739
E-mail: dboyd@balch.com
E-mail: jgsmith@balch.com

192669.1

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GERTRUDE KETRE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AUBURN AQUATICS SWIM PROGRAM; )<br>HOMER KELLY, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>3:07-cv-536-MEF |

## QUALIFIED HIPAA PROTECTIVE ORDER

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the *Federal Rules of Civil Procedure* and the orders of this Court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical condition of any individual who is a party to this action, as well as any and all information relating to the provision of health care to such individual and payment for the provision of such health care.

This order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the Protected Health Information in response to such request or subpoena. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. *See* 45 C.F.R. § 164.512(e)(1)(i).

The parties are expressly prohibited from using or disclosing the protected health information obtained pursuant to this order for any purpose other than this action. Further, the

192671.1

parties are ordered to either return to the covered entity from whom or which such protected health information was obtained, or to destroy the protected health information (including all copies made) immediately upon conclusion of this action. *See* 45 C.F.R. §§ 163.502(b); 164.512(e)(1)(v).

DONE and ORDERED this ____ day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE