IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERTRUDE KETRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   CIVIL ACTION NO. 2:07cv536-MEF |
| AUBURN AQUATICS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

On June 5, 2008, Defendant Homer Kelly filed a Motion to Enter Qualified HIPPA Protective Order (Doc. #33). Accordingly, it is

ORDERED Plaintiff shall show cause in writing why the motion should not be granted **on or before June 13, 2008**.

The Court reminds the parties of their obligation under the Federal Rules of Civil Procedure to meet and confer prior to filing discovery motions. The Court notes Kelly makes no representation in his motion that he has satisfied this requirement. The Court will consider this failure at the time of its ruling on the motion.

Done this 6th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE