IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERTRUDE KETRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 2:07cv536-MEF |
| AUBURN AQUATICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On August 25, 2008, Defendant Auburn Aquatics Swim Program filed a Motion to Compel (Doc. #36) Plaintiff's response to Defendant's First Set of Interrogatories and Requests for Production. Accordingly, it is

ORDERED Plaintiff shall show cause in writing why the motion should not be granted **on or before September 8, 2008**.

Done this 25th day of August, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE