IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **GERTRUDE KETRE**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:07-cv-536-MEF |
| **AUBURN AQUATICS SWIM PROGRAM;** ) | |
| **HOMER KELLY, et al.**, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF JOINING MOTION TO COMPEL**

Defendant Homer Kelly gives notice to the Court of his support for Defendant Auburn Aquatics Swim Program's motion to compel (Doc. # 36). Kelly supports Auburn Aquatics' request for an order compelling Plaintiff, Gertrude Ketre, to provide information responsive to Auburn Aquatics' First Set of Interrogatories and Requests for Production as requested in Auburn Aquatics' motion.

Respectfully submitted this the 27th day of August, 2008.

/s/ John G. Smith
David R. Boyd
Bar Number: ASB-0717-D52D
John G. Smith
Bar Number: ASB-8146-T68J
Attorneys for Defendant, Homer Kelly
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 783-2739
E-mail: dboyd@balch.com
E-mail: jgsmith@balch.com

194830

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 27th day of August, 2008.

Robert J. Solomon, Esq.
Thomas S. Kenney, Esq.
Lisa H. Baggett, Esq.
KENNEY, SOLOMON & MEDINA, P.C.
3675 Crestwood Parkway, Suite 300
Duluth, Georgia 30096

*Attorneys for Plaintiff*

Clark R. Hammond, Esq.
W. Lee Elebash, Esq.
JOHNSTON, BARTON, PROCTOR & ROSE, LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209

*Attorneys for Defendant Auburn Aquatics Swim Program*

Respectfully submitted,

/s/  John G. Smith
David R. Boyd
Bar Number:  ASB-0717-D52D
John G. Smith
Bar Number:  ASB-8146-T68J
Attorneys for Defendant, Homer Kelly
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 783-2739
E-mail: dboyd@balch.com
E-mail: jgsmith@balch.com