IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GERTRUDE KETRE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:07-cv-536-MEF |
| ) | |
| AUBURN AQUATICS SWIM ) | |
| PROGRAM., *et al.*, ) | (WO- DO NOT PUBLISH) |
| ) | |
| Defendants. ) | |

# **ORDER**

This cause is before the Court on the Renewed Motion to Strike Plaintiff's Pretrial Order Contentions (Doc. # 91) filed in this case by Defendant Homer Kelly. This Court has careful considered the arguments advanced in support of and in opposition to the motion made both in writing and orally at the pretrial. It is hereby ORDERED that the motion is DENIED. The parties are ORDERED to revise their contentions in the proposed pretrial order accordingly.

DONE this the 26th day of March, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE